UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BATDORJ DAGVADORJ,

                        Plaintiff,

     -v-                                                5:07-CV-666

ELLEN BADGER, et al.,
                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## O R D E R

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on October 31, 2007, in Utica, New York, it is hereby

ORDERED that

1. Defendants' motion for summary judgment is GRANTED;

2. Causes of action One, Two, Ten, and Eleven are DISMISSED with prejudice;

3. Causes of action Three, Four, Five, Six, Seven, Eight, and Nine are DISMISSED without prejudice.

The Clerk of the Court is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated: October 31, 2007
       Utica, New York.